

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Leslie Ray Hastings a/k/a
Leslie Ray Hastings, Jr.,

\* From the 35th District Court
of Brown County,
Trial Court No. CR24255.

Vs. No. 11-16-00223-CR

\* July 26, 2018

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.